IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                          )
BRADLEE DEAN and YOU CAN RUN    )
BUT YOU CANNOT HIDE                       )
INTERNATIONAL                                     )
     Plaintiffs,           )  Civil Action No. 1:12-cv-00283 (RJL)
                                                          )
 v.                                                   )
                                                          )
NBC UNIVERSAL (NBC), MSNBC and  )
RACHEL MADDOW,                              )
                                                          )
     Defendants.          )
_____)

## LOCAL CIVIL RULE 7.1 CERTIFICATE

 I, the undersigned, counsel of record for Defendants NBC Universal, MSNBC and Rachel Maddow, certify that, to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of NBC Universal and MSNBC which have any outstanding securities in the hands of the public.

  1.  Comcast Corporation

  2.  General Electric Company

 These representations are made in order that judges of this court may determine the need for recusal.

Dated:  April 16, 2012

                Respectfully submitted,

                DAVIS WRIGHT TREMAINE LLP

                __Laura Handman_/s/_____
                Laura R. Handman (D.C. Bar No. 444386)
                John Rory Eastburg (D.C. Bar No. 984434)
                1919 Pennsylvania Ave., N.W., Suite 800
                Washington, D.C. 20006-3401
                (202) 973-4200
                laurahandman@dwt.com
                roryeastburg@dwt.com

                Susan Weiner (pro hac vice pending)
                Chelley E. Talbert (pro hac vice pending)
                NBCUniversal Media, LLC
                30 Rockefeller Plaza
                New York, New York 10112-0002
                (212) 664-2806
                susan.weiner@nbcuni.com
                chelley.talbert@nbcuni.com

                *Attorneys for Defendants NBC Universal, MSNBC and Rachel Maddow*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April 2012, the foregoing Local Civil Rule 7.1 Certificate was electronically filed and served through the Court's electronic filing system.

                __Laura Handman_/s/_____
                Laura R. Handman (D.C. Bar No. 444386)